UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:77-CR-00416-ROSENBERG/MCALILEY

FERNANDO GARCIA GODOS,

    Defendant,

v.

UNITED STATES OF AMERICA,

    Plaintiff.

_____/

ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION AND CLOSING CASE

This matter is before the Court upon Defendant's Motions to Dismiss Indictment [DE 24, DE 27] and the Government's Motion to Strike Defendant's Motions to Dismiss [DE 28]. The motions were referred to the Honorable Magistrate Judge Chris M. McAliley for a Report and Recommendation. DE 26, DE 33. On December 9, 2020, Judge McAliley issued a Report and Recommendation recommending that Defendant's Motions to Dismiss Indictment be denied without prejudice for lack of subject matter jurisdiction and that the Government's Motion to Strike be denied as moot. DE 34. On February 23, 2021, Defendant filed Objections to the Report and Recommendation. DE 36. Defendant also filed several letters in support of his Motions to Dismiss. DE 35, 37, 38, 39, 40, 41, 42.

The Court has conducted a *de novo* review of Judge McAliley's Report and Recommendation, Defendant's Objections thereto, Defendant's letters in support of his Motions, and the record, and is otherwise fully advised in the premises. The Court agrees with the analysis

and conclusions in the Report and Recommendation and finds Judge McAliley's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge McAliley's Report and Recommendation [DE 34] is hereby **ADOPTED** in its entirety.

2. Defendant's Motions to Dismiss Indictment [DE 24, DE 27] are **DENIED WITHOUT PREJUDICE**.

3. The Government's Motion to Strike [DE 28] is **DENIED AS MOOT**.

4. All deadlines are **TERMINATED** and all other pending motions are **DENIED AS MOOT**.

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of April, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record